IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


WILLIE LOVE                                            PETITIONER


VS.                                        CASE NO. 1:97-cr-24-DCB


UNITED STATES OF AMERICA                               RESPONDENT

<u>ORDER</u>

Before the Court is the Motion of Willie Love to modify his
Order of Supervised Release [Docket Entry 38].  The record in
this case indicates that the supervised release of the Petitioner
will terminate on August 12, 2011. Because of the proximity of
this date as well as a crowded court docket prior thereto, as
well as the need for a hearing before the relief sought by the
Petitioner could be granted, the Petition is hereby DENIED.

SO ORDERED this the ___14th___ day of July, 2011.


                            ___s/David Bramlette_____
                            UNITED STATES DISTRICT JUDGE